WILLIAM KNOUP, complainant,

*v.*

JOHN D. CARVER and SITLEY & SON, incorporated, defendants.

[Submitted March 24th, 1908. Decided June 15th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bergen, whose opinion is reported in *70 Atl. Rep. 660.*

*Mr. Norman Grey,* for the appellant.

*Messrs. Wilson, Carr & Stackhouse,* for the respondent.

PER CURIAM.

An examination of the testimony satisfies us that the transaction between the parties to this cause was executed at Manasquan in this state. While it is true that the preliminary negotiations for the loan were conducted in Philadelphia, the land involved is situated in this state, the contract is to be performed here, the money was paid here, the papers executed and the entire transaction consummated at Manasquan, and hence this jurisdiction furnishes *lex loci contractus.* This being so, we conclude that the question of usury involved in the transaction was correctly resolved by the learned vice-chancellor, and that the decree of the court of chancery should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —15.

*For reversal*—None.